```
        IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT COURT OF OKLAHOMA

DONALD LEJEUNE, an              )
individual,                     )
                                )
                                )
         Petitioner,            )
                                )
vs.                             ) Case No.  21-CV-01132-G
                                )
STATE FARM FIRE AND CASUALTY    )
COMPANY,                        )
                                )
         Respondent.            )
```

DEPOSITION OF DONALD LEJEUNE

TAKEN ON BEHALF OF THE RESPONDENT

IN MOORE, OKLAHOMA

ON AUGUST 30, 2022

WORD FOR WORD REPORTING, L.L.C.
620 NORTH ROBINSON
SUITE 202
OKLAHOMA CITY, OKLAHOMA  73102
(405)232-9673

REPORTED BY:  JENESSA KENDALL KALSU, CSR

EXHIBIT 1

1   A   Port Sulphur, Louisiana.
2   Q   What's your date of birth?
3   A   June 4th, 1964.
4   Q   And what's your current address?
5   A   327 Northwest 12th Avenue, Norman,
6  Oklahoma 73072.
7   Q   And am I correct that is the address that
8  you filed the claim on that is the subject of the
9  suit that we are here today to discuss?
10  A   Yes.
11  Q   As we go forward, when I talk about the
12 address in this suit or the address from this claim,
13 can we agree that I'm talking about that address?
14  A   Yes.
15  Q   Okay.  How long have you lived at that
16 address?
17  A   That's a good question.  I think -- I'm
18 thinking it was 2007 that we bought that house.
19  Q   Do you know when it was built?
20  A   Uh, I think it was a year old when we
21 bought it.  It was new, because the people that were
22 building it got divorced or whatever and then backed
23 out of it, and my wife found it and wanted it.  And
24 I wasn't home when all that happened.  I was down in
25 Texas on an oil rig, so...

1    A    (Shook head.)
2    Q    Okay. Did you review anything at home?
3    A    No.
4    Q    Okay. And obviously, any communications
5  with your counsel are privileged, so I'm not asking
6  about those. I'm just asking if there is anything
7  you did on your own.
8    A    No. I mean, I just -- you know, I'm here
9  today.
10   Q    Got you.
11        All right. So prior to -- I guess prior
12 to the filing of this claim in November of 2020, had
13 the roof of your residence ever suffered any other
14 damage?
15   A    Like?
16   Q    Have you had any prior repairs to the roof
17 before this claim from this case?
18   A    Repairs? No. I mean, there is on the
19 backside of the house -- we had these -- what do you
20 call it? The turbine vents.
21   Q    Uh-huh.
22   A    And I don't know if you've seen our house
23 or the size of the roof of our house, but that's all
24 you had venting the heat out of that house, and that
25 upstairs would get, like, hot, you know?

1   Q   Gotcha.
2   A   I mean, you would have to turn that A/C
3   unit upstairs to like 64 degrees to make it
4   comfortable up there, but we had the house -- my
5   wife wanted new flooring, so I ripped all of the
6   flooring out of the house, repainted all of the
7   walls and the ceilings inside of the house.
8       And then she repainted -- had the outside
9   of the house repainted.  And then she wanted new
10  gutters, so Patriot Roofing did the gutters.  And we
11  talked to them about putting -- getting rid of those
12  turbine vents because the wind had blown them off
13  once.
14  Q   The turbine vents?
15  A   Blown one of them off, you know?  So, you
16  know, we had to get up there and replace that.  And
17  that roof is awful steep.  I'm not a big fan.  But
18  we had them put ridge cap vents, you know, on all of
19  the ridge caps.
20  Q   Yes.
21  A   And man, that's made a -- like a night and
22  day difference upstairs, you know?  I mean the
23  temperature up there right now is set at 79 degrees.
24  Q   Okay.
25  A   And the A/C unit up there and the one

1  downstairs is set at 77.  And it's really
2  comfortable in that house.
3       Q    And so was all of that done in what year?
4       A    I want to say that was probably done in
5  2019, I think.  I can shoot her a text real quick
6  and ask her.
7       Q    Actually, I have the Patriot Roofing docs,
8  and I think that's correct.  We can go through them
9  in a little bit.
10      A    Yeah, it was either '18 or '19.  I think
11 it was '19.
12      Q    And was that as a result of a storm event
13 or storm damage or was that of your own accord?
14      A    Of what?
15      Q    The -- was there -- the impetus for having
16 Patriot Roofing come, was that because the turbines
17 had blown off?
18      A    No.  The one had blown off, and we
19 replaced it and put another one back up there.  The
20 tube and everything was still up there, everything
21 was still intact on the roof part.  It was just
22 like -- I don't know if it was just held in there
23 with like one screw or whatever, but it -- the
24 turbine was gone.
25      Q    Gotcha.

1      A    And it was not a -- it was just high winds
2  that we had had.  You know, we have a lot of
3  straight winds over there.  But anyway -- but after
4  that, like I said, the biggest reason more than
5  anything was just it was like a sauna up there.
6      Q    Okay.
7      A    You know?
8      Q    And so, I guess, my question then is:  Was
9  the Patriot Roofing repairs -- was that as a result
10 of any storm damage?
11     A    No.
12     Q    Okay.
13     A    And it wasn't repairs.  It was just like
14 maintenance.  It was -- it was -- (shrugged
15 shoulders) -- there was nothing to be repaired at
16 that time.  It was just maintenance.
17     Q    Just improvements --
18     A    Right.
19     Q    -- as far as the ventilation for the --
20     A    For the roof, yeah.  You couldn't go in
21 that attic up there.  It was like -- it was bad.
22     Q    When the turbine vent blew off, was that
23 something you replaced yourself or did you hire
24 someone?
25     A    (Laughing.)  I got up there on the roof

1   Q   So --
2   A   -- the brick.
3   Q   -- when did you first notice those leaks?
4   A   I don't recall the exact date it was. It
5   was -- it was right there after we had the -- filed
6   the claim.
7   Q   So you noticed them after you filed the
8   claim?
9   A   Yes.
10  Q   Okay. And then before you filed the
11  claim, did you go -- have anyone go up on your roof
12  and see if there was roof damage or did you just
13  file the claim based on your neighbors having
14  damage?
15  A   No. I had the roofer -- I don't remember
16  his name. Craig or something, I think, or Greg. He
17  had done my neighbors across the street, who -- he's
18  a farm bureau agent, and he came over and looked at
19  my roof.
20          And he got up there and he was like, "Oh,
21  yeah, you know, you got damage."
22          And I said, "Okay."
23          So he -- we started the claim with him.
24  Q   Okay. So then -- so the process is you
25  noticed one of your neighbors getting work done to

1   their roof.  Did you contact Craig Cox directly or
2   was he their contractor?
3       A    No, I contacted him.  I -- he was -- he
4   had already done -- was done with their roof and
5   gone.  You know, so...
6       Q    So did you get his info from your
7   neighbor?
8       A    From my neighbor, right.
9       Q    And what's your neighbor's name?
10      A    Darrell David.
11      Q    Is their house right next to yours or down
12  the street?
13      A    Straight across the street.
14      Q    Okay.  Straight across the street.
15           And so then do you recall when you had
16  Craig Cox -- Craig Cox, did he come out and get on
17  your roof?
18      A    Yeah.
19      Q    When was that?
20      A    I don't recall.  I mean I know it was
21  somewhere in there -- it had to be August to
22  somewhere -- I don't know.  I mean I can probably
23  get on my phone and find it.
24      Q    We can go through -- there's text
25  messages.  I think we may be able to figure out when

```
 1   it is.
 2        A    Yeah, we can figure out the dates there.
 3        Q    So Craig comes.  He inspects your roof.
 4   He says there's damage to it.  And then at that
 5   point, do you call State Farm yourself or how did
 6   you file the claim?
 7        A    I -- I believe I called Tabatha.  I don't
 8   really remember how that went.  I don't know if he
 9   filed it with them, but I do -- I do recall talking
10   to Tabatha about it.  So maybe Tabatha got it -- did
11   it and got the ball rolling and got an adjuster out
12   there.
13        Q    Gotcha.
14             So it might have been Tabatha who started
15   it or it might have been Craig Cox?
16        A    Yeah, it might have been, but I do
17   remember talking to Tabatha about it.
18        Q    Okay.  Do you recall a specific storm that
19   caused this damage?
20        A    Not now.  It's been -- (shook head) --
21   that's been two years.
22        Q    At the time you made the claim, did you
23   have a specific storm event in mind that you thought
24   it was from?
25        A    I can't remember if it was June -- May,
```

1  June, July or August. I know it was over that
2  summer. You know -- but I mean, it's too far back
3  for me to remember or pinpoint a --
4      Q    A specific --
5      A    Yeah.
6      Q    Do you recall getting hail at your house
7  that summer?
8      A    Yeah.
9      Q    Okay. Do you recall the size of it or
10 seeing it outside?
11     A    Yeah, I got it on video.
12     Q    You have it on video?
13     A    Yeah, I have a video of some of it. It
14 was more than one. I mean it hailed more than once.
15 But I got some video of when I was on the back
16 patio, because I kind of like to sit out there when
17 it's storming. It's kind of cool. And it started
18 hailing. And I videoed it.
19     Q    When was that video from?
20     A    I don't know. I would have to find it on
21 here. (Reviewed cellphone photos.) I got a lot of
22 videos on here -- (continued review) -- but I'll
23 have to look for it. But I have videos of the hail,
24 yeah, because --
25     Q    And we can take a quick break if you would

1  like to look for just a second.
2     A   Dude, I've got like -- mostly like deer
3  hunting and --
4     Q   Well, then we can do it after the
5  deposition, too.  That's fine.
6     A   Yeah.
7     Q   Okay.  We can -- we can -- if you -- after
8  the deposition, if you'll look through those videos
9  and see what you have and then present them to your
10 counsel, we can figure out a way to get them and
11 check and see when they were.
12    A   Okay.
13    Q   And is it your testimony that one of those
14 hailstorms you saw is the storm that caused the
15 damage to your roof?
16    A   Possibly.
17    Q   Okay.  But you're not sure of a specific
18 date that you're alleging "I remember this specific
19 storm.  I saw the damage the next day.  This is what
20 happened"?
21    A   Right.
22    Q   Okay.
23        MR. FISHBURN:  You can put that away for
24 now.
25        THE WITNESS:  Yeah.

1   following information was obtained from Mr. LeJeune
2   regarding the history of the residence." [As read.]
3            It says, "The residence is approximately
4   14 years old." [As read.]
5            Is that -- do you think was that correct
6   probably in --
7       A    Yes.
8       Q    -- 2021?
9       A    (Nodded head.)
10      Q    "Roof covering has never been replaced."
11  [As read.] Is that correct?
12      A    Right.
13      Q    Then it says, "There have been no roof
14  leaks." [As read.]
15      A    Not that we had seen at that point, I
16  guess.
17      Q    Okay. And then below that, it kind of
18  discusses what I believe you were talking about with
19  Patriot Roofing. "About one and a half to two years
20  ago, modifications were made to the residence:
21  Gutters and downspouts were replaced; the roof vents
22  on the east slope were removed and new asphalt
23  shingles were installed in the area where the roof
24  vents were removed; and ridge vents were
25  installed." [As read.]

1   44,000 at the bottom right.
2        A    Yeah.
3        Q    Do you ever recall hearing him give you
4   that number or seeing that before?
5        A    I don't recall the number -- the dollar
6   figure.  I really don't.
7        Q    Okay.
8        A    Now this may have been -- yeah, I don't
9   know.
10       Q    So it looks like he -- and you may not
11  know this.  So if you don't know it, feel free not
12  to answer.  It looks like he drafted this premium
13  report -- on the front page it says March 14, 2022.
14            And do you know if he waited and wrote
15  this until March of 2022 once he had switched to a
16  different company or do you have any opinion on
17  that?
18       A    I have no idea.
19       Q    Okay.  Did you pay Josh Gall for any work
20  he did?
21       A    No.
22       Q    Did you ever have any agreement with him?
23       A    No.
24       Q    Okay.  So the timing -- so he came out on
25  May 26th.  And then on June 28th, you had leaks and

1    Q    -- or he put out -- he had a crew come
2  out.
3    A    Yeah, he had three or four guys show up
4  and do that real quick.
5    Q    And so then at what point did Coppermark
6  become involved and how did you hear about them?
7    A    I actually heard about them through Josh.
8  I'm just trying to get my roof fixed, you know?
9    Q    Okay.  So Josh is the one who suggested
10 them?
11   A    He said, you know, "These people might be
12 able to help you."
13        And I knew what a public adjuster was.  I
14 have a friend that's a public adjuster, but I don't
15 do business with friends or family.
16   Q    Okay.
17   A    And so I already knew what a public
18 adjuster was.  So it wasn't like -- but -- and I
19 was, you know, just wanting to get my roof fixed.
20        And he said, "Well, these people might be
21 able to help."
22   Q    Did you call them first or did he call
23 them and set up a meeting?  How did that work?
24   A    I called them.
25   Q    Okay.  Do you recall who you spoke with

1   first?
2       A   Um, I think it was the secretary, and then
3   she took my information.  And then I believe a lady
4   called me back.  Stephanie --
5       Q   Stephanie?
6       A   -- I think called me back.
7       Q   All right.  So when you called -- I guess
8   when Josh referred them to you, what did he say they
9   would do?
10      A   Just he said these people pretty much may
11  be able to help --
12      Q   Okay.
13      A   -- I mean -- with my situation.  I mean he
14  didn't promise me anything or tell me that they were
15  going to do anything in particular, but they might
16  be able to help.
17      Q   Okay.  At that point forward, did you have
18  any other communications with State Farm or did
19  Coppermark handle it?
20      A   Coppermark pretty much handled it.  I
21  haven't talked to anyone at State Farm about this
22  since, I believe.
23      Q   Okay.  So from that point on, it was
24  Coppermark?
25      A   Yeah.  I don't remember -- I don't think

1    A    Do you want me to correct it on here?
2    Q    No.  That -- that won't have any bearing.
3    A    That ZIP code that I live in is split.
4    Q    Okay.
5    A    Half of it's -- or it's in Cleveland and
6  McClain.  I live -- I have a Norman address, bills
7  and utilities, and a Washington telephone number.
8    Q    Okay.
9    A    So it's -- yeah, I'm right on the border
10 of -- my kids could have gone to Washington or
11 Norman schools.
12   Q    Okay.  So really your ZIP code -- your
13 residence is in Cleveland, but --
14   A    No, it's in McClain.
15   Q    I mean McClain.  Okay.
16   A    Right.
17   Q    Okay.  And then it says in 8 -- it says,
18 "On or about August 31st, 2020, Plaintiff's property
19 was damaged as a result of a storm."  [As read.]
20        Is that your understanding of when the
21 date of loss occurred, or do you have a specific
22 date of loss?
23   A    Well, um, I don't know.  I'm not sure.  I
24 mean, because there was the one in June, and then --
25 but there was another one, you know, after that in

1   August.  So either one of those date of losses, I
2   guess.
3        Q    And you're not sure -- you don't have an
4   opinion as to which --
5        A    Which one?  No.
6        Q    -- one specifically would have caused the
7   damage?
8        A    No.
9        Q    Okay.  And in this claim, there isn't a
10  mention of a later storm after August 31st, 2020, is
11  there?
12       A    I don't see one.
13       Q    If you'll go to -- and we'll switch.  That
14  is the original Petition that was pro se.
15            I'm going to hand you Defendant's
16  Exhibit 23.
17            (Defendant's Exhibit Number 23 was marked
18  for identification and made a part of the record.)
19       Q    (By Mr. Stone) I'll represent that this is
20  your First Amended Petition filed on
21  November 22nd, 2020.
22            Have you seen this First Amended Petition
23  before?
24       A    (Reviewed document.)  I can't say that I
25  have or that I haven't.

1           MR. FISHBURN:  He's just going to state
2    the facts.
3           Q    (By Mr. Stone) So as to your -- so what is
4    your -- your factual -- so looking back at this
5    case, under your factual understanding, what do you
6    believe State Farm should have covered that they
7    didn't cover?
8           A    The hail damage to my roof.
9           Q    Okay.  Are you making any claim that any
10   interior damage should have been covered and is not
11   covered?
12          A    Well, the leaks, damage from the leaks.
13   (Nodded head.)
14          Q    Have you made any claim with State Farm
15   for the interior damage at this point?
16          A    Well, it's all part of this.
17          Q    Okay.
18          A    I mean --
19          Q    But do you know specifically if you have
20   taken pictures and made a claim for them on the
21   interior?
22          A    Yeah, you've got the pictures right here,
23   in here.  (Indicating.)
24          Q    Okay.  But have you -- when you were
25   speaking with State Farm at the beginning of the

1   case, did you ever send in pictures or --
2       A    Well, at the time, I did not have a leak.
3       Q    Okay.  Paragraph 7, it says, "Plaintiff's
4   damages are in an amount not less than
5   $68,604.34." [As read.]
6       Do you have a factual understanding of
7   what that number represents?
8       A    Um, all I can do is assume.
9       Q    Okay.  Paragraph 8 says, "State Farm" --
10  well, that's a legal question.
11      Paragraph 9 says, "Given the circumstances
12  in this case, State Farm acted unreasonably and in
13  bad faith." [As read.]
14      Do you have any factual, in your knowledge
15  and belief of -- that State Farm did anything
16  unreasonable or in bad faith?
17      MR. FISHBURN:  I'm going to object to that
18  question as well.  That's a legal theory or
19  conclusion.
20      Q    (By Mr. Stone) So do you believe that
21  State Farm did anything that would amount to
22  malice --
23      MR. FISHBURN:  I'm going to object to
24  that, as well.
25      Q    (By Mr. Stone) -- in your understanding of

1  State Farm acted in fraud or put you in duress in
2  any way in this case?
3       And those are not legal questions.  That's
4  your belief.
5       A    Well --
6            MR. FISHBURN:  I'm going to object to that
7  as to speculation, because he's not in a position
8  to -- I mean he would be speculating on the
9  intent --
10           MR. STONE:  Okay.
11           MR. FISHBURN:  -- of State Farm, and I
12 think that's improper.
13      Q    (By Mr. Stone) Okay.  So did State Farm do
14 anything you believe was unfair in this case?
15      A    Well, yeah.
16      Q    What is that?
17      A    They didn't fix my roof.
18      Q    Okay.  And --
19      A    I just want my roof fixed.
20      Q    Okay.  And outside of that, did State
21 Farm, um --
22      A    There's hail damage to my roof.
23      Q    Okay.  And so --
24      A    Everybody sees it but State Farm.
25      Q    Okay.  So is the basis of your claim that