| StateFarm | RBZ00015<br>State Farm Fire and Casualty Company<br>**Fire Claim File Print**<br>**File History Information** |
|---|---|
| | Route To: |

### BASIC CLAIM INFORMATION

**Claim Number:** 36-13Z0-28D
**Date of Loss:** 08-31-2020
**Policy Number:** 36-EQ-6085-7
**Named Insured:** LEJEUNE, DONALD

### FILE HISTORY

**File History - File Notes**

[redacted]

**09-23-2021 - 4:17 PM CDT**     Performer: Krieger, Lisa     Office: WHRUDAL
   **File Note:** New mail - PA email
   **Participant:** COPPERMARK PUBLIC ADJUSTER     **COL / Line (Participant):** 35 / 001(Named Insured(s))
   **Category:** Contact     **Sub Category:**
CS working tasks - email from PA Stephanie Lee stating we are ignoring the fact that we already have the requested information - email to PA w/original denial again emphasizing no ADPL and denial stands - reclosed claim

**09-23-2021 - 9:54 AM CDT**     Performer: Mellon, Megan     Office: WHRUASST
   **File Note:** Contact
   **Participant:** COPPERMARK PUBLIC ADJUSTER     **COL / Line (Participant):** 35 / 001(Named Insured(s))
   **Category:** Contact     **Sub Category:**

EXHIBIT 4 — STATE FARM CONFIDENTIAL INFORMATION — Distribution on a Business Need to Know Basis Only — SFF&CC/Lejeune 00075

CS working new mail received Letter from: Coppermark Public Adjuster demand for PMT. CS reviewed file notes and denial letter stands. CS emailed response to PA STEPHANIE@COPPERMARK.CLAIMS and attached denial letter, decision stands per SF review.

CS contacted PA # Lauren (855)452-5246 LMOVM confirmed Letter from: Coppermark Public Adjuster demand for PMT. CS reviewed file notes and denial letter stands. CS emailed response to PA STEPHANIE@COPPERMARK.CLAIMS and attached denial letter, decision stands per SF review.

NFHR
Closed claim
New email will open claim

| 09-15-2021 - 6:12 PM CDT | Performer: Billingslea, Britt | Office: WHRUATL |
|---|---|---|
| File Note: Review | | |
| Participant: COPPERMARK PUBLIC ADJUSTER | COL / Line (Participant): 35 / 001(Named Insured(s)) | |
| Category: Claim Note | Sub Category: | |

Working New Mail

Accepted and reviewed new mail from Coppermark PA, which is an estimate in the amount of $68,604.34.

PA submitted documents that is over 300 pages. Because file is so large, CS is unable to drop file to ECS. PA is requesting an additional inspection.

TM reviewed claim and denied 2nd inspection due to ADPL shown. PH was adamant that roof had hail damaged and SF hired engineer. Onsite engineer inspection found no ADPL to shingles. CS agrees with claim decision.

Placed call back to PA to advise. Spoke with Lauren and she requested denial letter. CS advised emailing to her. Drop filed.

Close claim

| 09-15-2021 - 5:38 PM CDT | Performer: Elhamad, Omar JR | Office: WHRUDAL |
|---|---|---|
| File Note: RCF PA | | |
| Participant: | COL / Line (Participant): 35 / 001(Named Insured(s)) | |
| Category: Claim Note | Sub Category: | |

RCF PA Lauren (855)452-5246 Ext 709, requesting follow up once both CX links are reviewed. CS entered claim, CS Billingslea has tasks locked, Spoke with CS and they explained they will contact PA.

| 09-09-2021 - 3:29 PM CDT | Performer: Barr, Sabrina | Office: WHRUASST |
|---|---|---|
| File Note: Working Phones | | |
| Participant: | COL / Line (Participant): 35 / 001(Named Insured(s)) | |
| Category: Investigation | Sub Category: | |

Working phones

RCF Lauren with PA. Lauren requested CX link to email. CS u/s and advised would send. No further questions or concerns.

CS sent CX link to lauren@coppermark.claims

Claim remains closed

| 08-24-2021 - 2:10 PM CDT | Performer: Buckley, Barbara | Office: WHRUDAL |
|---|---|---|
| File Note: Claim note | | |
| Participant: COPPERMARK PUBLIC ADJUSTER | COL / Line (Participant): 35 / 001(Named Insured(s)) | |
| Category: Claim Note | Sub Category: | |

RCF PA checking on policy that should be mailed to them, requested an email copy. CS emailed to PA @ lauren@coppermark.claims

| 08-13-2021 - 12:37 PM CDT | Performer: Baldwin, Mark | Office: WHRUASST |
|---|---|---|
| File Note: pending | | |
| Participant: | COL / Line (Participant): | |
| Category: Pending | Sub Category: | |

**PENDING File Note**
Cov A: Claim currently loss below the deductible, OD letter in claim, nothing pending
Cov B: 0
Cov C: 0
Sub: 0
Mortgagee (Dollar One Y/N): Yes set alert in claim

| 08-13-2021 - 12:35 PM CDT | **Performer:** Baldwin, Mark | **Office:** WHRUASST |
|---|---|---|

**File Note:** incoming call
**Participant:**                                              **COL / Line (Participant):**
**Category:** Investigation                                   **Sub Category:**

Received call from Lauren with Coppermark PA. PA requested Denial letter and Engineers report. CH emailed same to lauren@coppermark.claims. No further CH required @ this time. PA thanked CH and mutually disconnected.

| 08-07-2021 - 8:15 AM CDT | **Performer:** Pineset, Roshanda | **Office:** WHRUASST |
|---|---|---|

**File Note:** Pending
**Participant:** LANA LEJEUNE, DONALD LEJEUNE              **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Pending                                        **Sub Category:**

- None

| 08-07-2021 - 8:15 AM CDT | **Performer:** Pineset, Roshanda | **Office:** WHRUASST |
|---|---|---|

**File Note:** New Mail
**Participant:** LANA LEJEUNE, DONALD LEJEUNE              **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Investigation                                  **Sub Category:**

- Labeled a copy of the policy and sent via US mail to PA
- CH advised PA that a copy of the policy was sent.

| 07-27-2021 - 2:20 PM CDT | **Performer:** Whitsell, Michael | **Office:** WHRUASST |
|---|---|---|

**File Note:** Ordered policy. Emailing PA denial letter and eng
**Participant:**                                              **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Investigation                                  **Sub Category:**

Ordered policy. Emailing PA denial letter and engineer report.

Pending: Policy for PA.

| 07-26-2021 - 6:45 PM CDT | **Performer:** Whitsell, Michael | **Office:** WHRUASST |
|---|---|---|

**File Note:** Received a Letter of rep from Coppermark Public Ad
**Participant:** COPPERMARK PUBLIC ADJUSTER                **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Contact                                        **Sub Category:**

Received a Letter of rep from Coppermark Public Adjusters. Called and spoke with PA Stephanie. She has a list of request ..She requesting certified policy. I reviewed with her that I will request a policy, but it won't be certified. She told me she has about 200 State Farm policies and they all certified. Explained I would order the policy I can get. Completed request form for policy. The form states a certified policy will not go to PA's. There is a denial letter in the file and an engineer report. I will review before sending.

Pending: Send policy and other requested documents to PA.

| 03-22-2021 - 11:24 AM CDT | **Performer:** Camp, David | **Office:** PROX |
|---|---|---|

**File Note:** Letter
**Participant:** DONALD LEJEUNE                              **COL / Line (Participant):**
**Category:** Investigation                                  **Sub Category:**

Letter sent via e-mail.

| 03-22-2021 - 11:08 AM CDT | **Performer:** Buben, Jack | **Office:** PROX |
|---|---|---|

**File Note:** Letter
**Participant:**                                              **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Management                                     **Sub Category:**

Reviewed denial letter. David, ok to proceed.

| 03-22-2021 - 10:35 AM CDT | **Performer:** Camp, David | **Office:** PROX |
|---|---|---|

**File Note:** Letter

| | | |
|---|---|---|
| **Participant:** | **COL / Line (Participant):** 35 / 001(Named Insured(s)) | |
| **Category:** Investigation | **Sub Category:** | |

Created denial letter and sent for review.

03-16-2021 - 5:10 PM CDT          **Performer:** Camp, David                    **Office:** PROX
  **File Note:** Engineer Report
  **Participant:**                                                   **COL / Line (Participant):** 35 / 001(Named Insured(s))
  **Category:** Investigation                                        **Sub Category:**

Paid Engineer billing.

Reviewed report and it states no hail damage to comp shingles.  Hail damage noted to metal cap which was already estimated for.  Called and spoke with Mr. Lejeune and e-mailed a copy of the report.  He was not happy and began to cuss the situation and claim handling.  He asked for a denial letter and I explained I would create one next week.  He began to insult me and I hung up as no rational conversation was to be had.  Called agents office and informed of above.

03-16-2021 - 1:16 PM CDT          **Performer:** Camp, David                    **Office:** PROX
  **File Note:** Call
  **Participant:** PRONET GROUP, INC.                                **COL / Line (Participant):** 35 / 001(Named Insured(s))
  **Category:** Investigation                                        **Sub Category:**

Called Pronet and the report is being finalized and should be done by the end of the day tomorrow.

03-15-2021 - 6:32 PM CDT          **Performer:** Camp, David                    **Office:** PROX
  **File Note:** Call
  **Participant:**                                                   **COL / Line (Participant):** 35 / 001(Named Insured(s))
  **Category:** Investigation                                        **Sub Category:**

Called Nora listed on the e-mail and no answer no machine.

03-15-2021 - 10:18 AM CDT         **Performer:** Buben, Jack                    **Office:** PROX
  **File Note:** MOAR
  **Participant:**                                                   **COL / Line (Participant):** 35 / 001(Named Insured(s))
  **Category:** Management                                           **Sub Category:**

Reviewed file. Engineer inspection of roof was scheduled for 2/22, three weeks ago. David, where are we on this one?

03-01-2021 - 9:55 AM CST          **Performer:** Buben, Jack                    **Office:** PROX
  **File Note:** MOAR
  **Participant:**                                                   **COL / Line (Participant):** 35 / 001(Named Insured(s))
  **Category:** Management                                           **Sub Category:**

Reviewed file. Pends engineer inspection of roof, scheduled for 2/22, and subsequent report.

02-05-2021 - 11:41 AM CST         **Performer:** Camp, David                    **Office:** PROX
  **File Note:** Engineer e-mail
  **Participant:**                                                   **COL / Line (Participant):** 35 / 001(Named Insured(s))
  **Category:** Investigation                                        **Sub Category:**

Reviewed engineer e-mail stating that inspection will happen on 2/22/21.

02-01-2021 - 1:06 PM CST          **Performer:** Camp, David                    **Office:** PROX
  **File Note:** Engineer
  **Participant:** DONALD LEJEUNE                                    **COL / Line (Participant):** 35 / 001(Named Insured(s))
  **Category:** Investigation                                        **Sub Category:**

Sent engineer hire letter.  Called agent and updated him on status.

02-01-2021 - 12:43 PM CST         **Performer:** Buben, Jack                    **Office:** PROX
  **File Note:** Call
  **Participant:**                                                   **COL / Line (Participant):** 35 / 001(Named Insured(s))
  **Category:** Management                                           **Sub Category:**

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only        SFF&CC/Lejeune 00078

Spoke with NI Donald LeJeune and went over claim decision. NI is adamant that he has roof damage, as evidenced by the estimate for damage to soft metals, and therefore his entire roof needs to be replaced. I explained that soft metals are more likely to be damaged than shingles and that it is difficult to determine when they were damaged, whereas a shingle impact age can be determined more readily due to greying out/fibers being present. NI is adamant that both contractors and State Farm have indicated he has damage to his roof and that there is no way we can determine age of impacts. I offered to have an engineer inspect the roof, both to determine if hail damage to shingles existed and, if so, approximately how old the damages may be. NI first stated that he didn't want an engineer to come out unless I could guarantee State Farm would be replacing his roof, and I advised that I could not guarantee that and that would defeat the entire purpose of hiring an engineer to make a determination in the first place. I explained that if the engineer found the presence of recent hail damage in enough quantity to necessitate replacing the roof, that we would do so. But likewise, if they did not find damage from within the last year or in enough quantity to replace, we would not. NI decided he does want an engineer to review. David, please secure an engineer and have them reach out to NI to schedule an inspection while he is present. Thanks.

| | | |
|---|---|---|
| 01-20-2021 - 9:20 AM CST | **Performer:** Camp, David | **Office:** PROX |
| **File Note:** Phone Number | | |
| **Participant:** | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Investigation | | **Sub Category:** |

Mr. Lejeune's phone number is 405-249-5281.

| | | |
|---|---|---|
| 01-20-2021 - 9:18 AM CST | **Performer:** Camp, David | **Office:** PROX |
| **File Note:** Call | | |
| **Participant:** | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Investigation | | **Sub Category:** |

Received a call from Mr. Lejeune upset with findings. I explained that no additional damage was noted from the roofers photos and it would not warrant a 2nd inspection. He disagreed and stated that since his vent caps were estimated for the shingles must be estimated for. I explained that aluminum is easier to damage than the comp shingles. He asked to speak with management.

| | | |
|---|---|---|
| 01-20-2021 - 8:55 AM CST | **Performer:** Camp, David | **Office:** PROX |
| **File Note:** Call | | |
| **Participant:** DONALD LEJEUNE | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Investigation | | **Sub Category:** |

Called and left a VM explaining that photos were reviewed and no additional damage was noted. Explained that estimate has not been updated. Left ACS contact information. Letter e-mailed.

| | | |
|---|---|---|
| 01-19-2021 - 3:18 PM CST | **Performer:** Buben, Jack | **Office:** PROX |
| **File Note:** Letter | | |
| **Participant:** | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Management | | **Sub Category:** |

Reviewed denial letter for second inspection. David, ok to proceed with letter.

| | | |
|---|---|---|
| 01-18-2021 - 9:01 AM CST | **Performer:** Buben, Jack | **Office:** PROX |
| **File Note:** RE:Photos | | |
| **Participant:** | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Investigation | | **Sub Category:** |

Reviewed photos from contractor. Contractor states, in email to NI, that roof has significant granular loss, that impacts were difficult to find, and that impacts may be older. Photos indicate older, greyed out impacts. Second inspection request denied.

| | | |
|---|---|---|
| 01-15-2021 - 10:32 AM CST | **Performer:** Camp, David | **Office:** PROX |
| **File Note:** Photos | | |
| **Participant:** | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Investigation | | **Sub Category:** |

Reviewed photos sent in by Aegis Roofing. Majority of the photos show granular loss. A couple of the photos show potential older hail that is grey with the fibers showing. ACS has already addressed stating hail older than one year. Accueweather report in file shows 1.5 hail on 5/7/20. Will send for a management review to see if a 2nd inspection.

| | | |
|---|---|---|
| 01-15-2021 - 10:11 AM CST | **Performer:** Solomon, Kevin | **Office:** WHRUDAL |
| **File Note:** Assignment Claim Handling | | |
| **Participant:** | | **COL / Line (Participant):** |
| **Category:** Assignment Claim Handling | | **Sub Category:** |

Assignment Claim Handling

Estimated Damages: Full replacement vs. One Roof cap

Mitigated Damages: SFE RCV

Contact: Policy holder

Additional Information: Policy holder has sent in photos and full report from a contractor requesting an additional inspection. Please review for additional inspection. Should you determine additional inspection not necessary, please notify the policy holder of your decision. Handle to conclusion.

| | | |
|---|---|---|
| 01-15-2021 - 10:09 AM CST | **Performer:** Solomon, Kevin | **Office:** WHRUDAL |
| **File Note:** New mail | | |
| **Participant:** DONALD LEJEUNE | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Contact | | **Sub Category:** |

Received email from policy holder requesting additional inspection:

Contractor completed photos and full review of roof. Forwarding to local adjuster to review for additional inspection.

| | | |
|---|---|---|
| 12-22-2020 - 7:07 AM CST | **Performer:** Fox, Patrick D | **Office:** PROXEBER |
| **File Note:** Handling Complete - Closed Claim | | |
| **Participant:** | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Claim Note | | **Sub Category:** |

All handling is completed - closed claim (CWP).

| | | |
|---|---|---|
| 12-22-2020 - 7:06 AM CST | **Performer:** Fox, Patrick D | **Office:** PROXEBER |
| **File Note:** Email and Brochure Sent to NI | | |
| **Participant:** | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Claim Note | | **Sub Category:** |

Sent email informing NI that have make roofing photos viewable via statefarm.com. Email has attached brochure - "Evaluating Composition Shingles".

| | | |
|---|---|---|
| 12-22-2020 - 6:30 AM CST | **Performer:** Fox, Patrick D | **Office:** PROXEBER |
| **File Note:** Inspection Complete | | |
| **Participant:** LANA LEJEUNE | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Investigation | | **Sub Category:** |

PARTICIPANTS - Met with NI, Lana and CtrOC rep, Craig Cox (Elite Roofing Systems). Discussed and explained the SF online claims status tool and how to access it via statefarm.com. Completed inspection.
PHOTOS - Took all photos of risk and claimed damage at date of inspection and uploaded them to the claim file.
DOCUMENTS - Completed Roofing Scope Sheet and uploaded to claim file. Completed Exterior Scope Sheets and uploaded to claim file. Created sketch on Roofing Scope Sheet to mark test squares.
EAGLE VIEW - Verified that EV sketch is accurate.
ACCUWEATHER REPORT - Drop-filed Accuweather report. Determined that there was 1" hail on 4/21/2020, 1.5" hail on 5/7/2020, and 1.25" hail on 8/31/2020.
EXTERIOR INSPECTION:
Front Elevation - see scope sheet
Right Elevation - see scope sheet
Rear Elevation - see scope sheet
Left Elevation - see scope sheet
Roof - 30 yr laminate, 15 yr old, 1 layer, 9/12 pitch, no drip edge installed, no visible SAWM, condition of roofing - average. Appurtenances: Determined that there is hail damage to exhaust cap. Inspected all slopes. Determined no ADPL to ridge and valleys. Determined that there are areas of exposed matting which are old damage - "grayed out". Evidence indicates that damages are a result of deterioration or possibly a hail storm that occurred more than 1 year ago. There is no ADPL to roof shingles.
INTERIOR INSPECTION - No reported interior damage.
OTHER STRUCTURES - N/A
PERSONAL PROPERTY - No reported personal property damage.
MITIGATION - N/A
DEBRIS REMOVAL - Added pick-up load for removal of damaged building materials.
DEPRECIATION - Depreciation was applied based on age of building materials.
SALVAGE - There is no substantial salvage value to damaged building materials. No salvage potential related to claim settlement.
SUBROGATION- There is no evidence of negligence or intentional damage; no subrogation potential for this claim.
GC O & P - Does not apply to repair estimate because of lack of complexity. Specific coordination and scheduling of sub-contractors will not be required to avoid worker interference for completion of repairs.
LABOR MINIMUMS - Determined that RFG labor minimum was warranted because minimal repair and need for specialist to complete work.
DOL - Determined after completion of inspection that damages were consistent with reported hail on 8/31/2020. Changed DOL.
SETTLEMENT - Discussed scope of damages. Completed estimate on site. Printed estimate. Explained that estimate amount does not exceed deductible. At end of explanation, asked NI if there were any questions. NI stated there were none.
ADMINISTRATION - Ensured that inspected field was updated, added CtrOC as

participant to claim.

| 12-14-2020 - 6:44 PM CST | **Performer:** Fox, Patrick D | **Office:** PROXEBER |
|---|---|---|
| **File Note:** Call to NI - Inspection Scheduled | | |
| **Participant:** DONALD LEJEUNE | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Contact | | **Sub Category:** |

PCT NI and scheduled inspection for 12/21 @ 9:30am.

Facts of loss: Hail damage to main roof, window screens, siding, and fence

PRIOR CLAIMS: None
AGE OF ROOF: 15 yr.
POLICY: HO
ENDORSEMENTS: There is no ACV endorsement for roof coverings; policy has option OL
MORTGAGEE: Confirmed mortgagee (Bank of America) - 2nd mortgage

ADMINISTRATION: Set task for inspection, created Xactimate estimate, and updated contact and inspection appointment information in ECS

| 12-08-2020 - 4:20 PM CST | **Performer:** Ramos, Matthew S | **Office:** WCCSSTWD |
|---|---|---|
| **File Note:** PENDING FILE NOTE | | |
| **Participant:** | | **COL / Line (Participant):** |
| **Category:** Pending | | **Sub Category:** |

PENDING:
- ACH inspection
- SFE
- Settle
- Close

| 12-08-2020 - 4:17 PM CST | **Performer:** Ramos, Matthew S | **Office:** WCCSSTWD |
|---|---|---|
| **File Note:** NI Follow up | | |
| **Participant:** DONALD LEJEUNE | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Evaluation | | **Sub Category:** |

Rec'd IM from AO to follow up with NI, reviewed file, claim was recently reassigned, claim was pending ACH inspection, task was never sent to field followed up with NI, sent ACH task, resetting calendar to follow up after ACH handling is complete.

| 11-25-2020 - 3:43 PM CST | **Performer:** Munuo, Ester | **Office:** WCCSSTWD |
|---|---|---|
| **File Note:** Pending | | |
| **Participant:** | | **COL / Line (Participant):** |
| **Category:** Pending | | **Sub Category:** |

ACH inspection
Settle
close

| 11-25-2020 - 3:42 PM CST | **Performer:** Munuo, Ester | **Office:** WCCSSTWD |
|---|---|---|
| **File Note:** QFC | | |
| **Participant:** | | **COL / Line (Participant):** |
| **Category:** Contact | | **Sub Category:** |

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only        SFF&CC/Lejeune 00082

CO spoke with Mr. Lejeune
Preferred Method of Contact/Best Number: 405 249 5281
Email: DON_LEJEUNE@YAHOO.COM

Fire Property QFC - Wind
Policy Type: HO
Prior Related Losses: none

One or Two Story: two
Roofing/Siding Type: shingle/ T1-11
Steep/Walkable: walkable
Age of Roofing/Siding: 13 yrs for shingles and siding

Narrative Description of Damages: Hail damage to the roof, window screens, siding and fence. Delay in report was because not being aware of the damage until he saw the neighbor replacing the roof.

Building Habitability: none
ALE Status, if uninhabitable: n/a
Power Outage: n/a
Exterior Damage: Roof, window screens, siding and fence

Interior Damage: none
Personal Property Damage (food loss): n/a
Subrogation: weather related
Mortgage company verified, updates needed?:
Explanation of claim handling process/next steps: Yes
CS explained Deductible
SF Online services
ClaimXperience
Mitigation Performed:
Offered SFPSP CSP

### File History - File Note System Generated

11-09-2021 - 6:57 PM CST        **Performer:** System                **Office:** CORPSYS
   **System Generated File Note:** Assignment Notification
   **Participant:**                                   **COL / Line (Participant):**
   **Category:** Claim Note

Assignment Notification sent to Camp, David (PG42) at David.camp.pg42@statefarm.com
--- Message Details ---
Fire Claim Number = 36-13Z0-28D
Insured Name = DONALD LEJEUNE
Date Of Loss = 08-31-2020
Location of Loss Address = 327 NW 12TH AVE
NORMAN, Oklahoma 730728804
Insured Default Phone Number = (405) 249-5281
Facts of Loss = Final - Hail damage to roof exhaust cap; no ADPL to roof shingles
Agent Name = WATSON, ROBERT R
Agent Phone = (405) 364-6644
Probable Cause = hail

08-07-2021 - 12:02 PM CDT        **Performer:** System                **Office:** System
   **System Generated File Note:** CSA Instruction
   **Participant:**                                   **COL / Line (Participant):**
   **Category:** Claim Note

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only        SFF&CC/Lejeune 00083

| FIRE | Claim Number: 36-13Z0-28D | RBZ00015 |
|---|---|---|

System released Bundle for user: FRKU for Claim 36-13Z0-28D
1 Print DOC TMPL: FC0000067
1 Doc PrtVC08042021SF Policy
Documents Printed at Printer : PCQ2716.P27FIREPRINT02

**08-07-2021 - 8:13 AM CDT**          **Performer:** Pineset, Roshanda                    **Office:** SYSTEM
          **System Generated File Note:** FC0000067 - FREE FORM - GENERAL
     **Participant:**                                                      **COL / Line (Participant):**
          **Category:** Correspondence
 1 copy of FREE FORM - GENERAL was bundled by Roshanda Pineset on 08/07/2021

**02-01-2021 - 1:05 PM CST**          **Performer:** Camp, David                          **Office:** SYSTEM
          **System Generated File Note:** FC0013250 - ENGINEERING FIRM REFERRAL EFSA
     **Participant:**                                                      **COL / Line (Participant):**
          **Category:** Correspondence
 ENGINEERING FIRM REFERRAL EFSA were e-mailed by David Camp on 02/01/2021

**01-15-2021 - 10:11 AM CST**         **Performer:** System                               **Office:** CORPSYS
          **System Generated File Note:** Assignment Notification
     **Participant:**                                                      **COL / Line (Participant):**
          **Category:** Claim Note
Assignment Notification sent to Camp, David (PG42) at David.camp.pg42@statefarm.com
--- Message Details ---
Fire Claim Number = 36-13Z0-28D
Insured Name = DONALD LEJEUNE
Date Of Loss = 08-31-2020
Location of Loss Address = 327 NW 12TH AVE
NORMAN, Oklahoma 730728804
Insured Default Phone Number = (405) 249-5281
Facts of Loss = Final - Hail damage to roof exhaust cap; no ADPL to roof shingles
Agent Name = WATSON, ROBERT R
Agent Phone = (405) 364-6644
Probable Cause = Wind

**12-21-2020 - 1:02 PM CST**          **Performer:** System                               **Office:** CORPSYS
          **System Generated File Note:** EMAIL-FIRE ESTIMATE
     **Participant:** DONALD LEJEUNE                                       **COL / Line (Participant):** DONALD LEJEUNE
          **Category:** Correspondence
 EMAIL-FIRE ESTIMATE was automatically emailed to DON_LEJEUNE@YAHOO.COM on 12/21/2020 at 07:02 PM (GMT).

**12-14-2020 - 6:40 PM CST**          **Performer:** Fox, Patrick                         **Office:** PROXEBER
          **System Generated File Note:** ON DEMAND TEXT-CONTACT ATTEMPT
     **Participant:** LANA LEJEUNE                                         **COL / Line (Participant):** LANA LEJEUNE
          **Category:** Correspondence
Text message: State Farm: We'll call you shortly about claim #36-13Z0-28D. If you prefer, you can call us at 844-458-4300 ext 3097350324. was sent to phone number <405-973-8596> by alias ULYI

**12-08-2020 - 3:43 PM CST**          **Performer:** Ramos, Matthew                       **Office:** WCCSSTWD
          **System Generated File Note:** ON DEMAND TEXT-FIRE EMAIL ADDRESS
     **Participant:** DONALD LEJEUNE                                       **COL / Line (Participant):** DONALD LEJEUNE
          **Category:** Correspondence
Text message: State Farm: Send your documents to StateFarmFireClaims@statefarm.com. Include only the claim number with no dashes in the subject line: 3613Z028D was sent to phone number <405-249-5281> by alias WR7Q

**11-25-2020 - 4:49 PM CST**          **Performer:** Munuo, Ester                         **Office:** SYSTEM
          **System Generated File Note:** FC0016192
     **Participant:** DONALD LEJEUNE                                       **COL / Line (Participant):** DONALD LEJEUNE
          **Category:** Correspondence

| FIRE | Claim Number: 36-13Z0-28D | RBZ00015 |
|---|---|---|

FC0016192 - HOMEOWNERS BUILDING SETTLEMENT - AUTOMATED was automatically created and emailed through Forms & Correspondence to DON_LEJEUNE@YAHOO.COM

| 11-24-2020 - 12:00 PM CST | **Performer:** System | **Office:** System |
|---|---|---|

**System Generated File Note:** EMAIL-STATE FARM - WE HAVE YOUR CLAIM.
**Participant:** DONALD LEJEUNE          **COL / Line (Participant):** DONALD LEJEUNE
**Category:** Correspondence

EMAIL-STATE FARM - WE HAVE YOUR CLAIM. was automatically emailed to DON_LEJEUNE@YAHOO.COM on 11/24/2020 at 06:00 PM (GMT).

| 11-24-2020 - 12:00 PM CST | **Performer:** System | **Office:** System |
|---|---|---|

**System Generated File Note:** PAPER-STATE FARM - WE HAVE YOUR CLAIM.
**Participant:** LANA LEJEUNE          **COL / Line (Participant):** LANA LEJEUNE
**Category:** Correspondence

PAPER-STATE FARM - WE HAVE YOUR CLAIM. was automatically mailed to 327 NW 12TH AVE,,NORMAN OK 73072-8804,UNITED STATES on 11/24/2020 at 06:00 PM (GMT).

| 11-24-2020 - 11:48 AM CST | **Performer:** System - Claim File | **Office:** System |
|---|---|---|

**System Generated File Note:** LANA LEJEUNE; NI
**Participant:**          **COL / Line (Participant):**
**Category:** New Claim

Name: LANA LEJEUNE
We can send claim communications by text, email or both. What would you prefer? None

If you change your mind, you can manage communication delivery preferences on statefarm.com
Indicate if Preference Not Selected word track was read: No

| 11-24-2020 - 11:48 AM CST | **Performer:** System - Claim File | **Office:** System |
|---|---|---|

**System Generated File Note:** DONALD LEJEUNE; PNI
**Participant:**          **COL / Line (Participant):**
**Category:** New Claim

Name: DONALD LEJEUNE
Were you/this person injured as a result of this loss? No
We can send claim communications by text, email or both. What would you prefer? None

If you change your mind, you can manage communication delivery preferences on statefarm.com
Indicate if Preference Not Selected word track was read: No

| 11-24-2020 - 11:48 AM CST | **Performer:** System - Claim File | **Office:** System |
|---|---|---|

**System Generated File Note:** Listed Property
**Participant:**          **COL / Line (Participant):**
**Category:** New Claim

Date: 11-15-2021                                                                                                                            Page 11
STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only          SFF&CC/Lejeune 00085

| FIRE | Claim Number: 36-13Z0-28D | RBZ00015 |
|---|---|---|

Identifying Description: Listed Property
Address: 327 NW 12TH AVE, NORMAN, OK, 730728804, USA
Description:
Indicate if the damage was caused by lightning: No
Is the damage to the building's exterior, interior, or both? Exterior
Is there roof damage? Yes
Is there damage to your exterior wall covering, such as your siding or stucco? Yes
Is there damage to any: None
Did you lose power? No
Do you have a repair estimate? No
Indicate: Has the caller indicated the named insured's home is uninhabitable or involves a total loss to a detached structure(s), based on the facts of loss or information they provided? If uncertain, ask the caller: No
Indicate if Catastrophe Deductible Word Track was read: No
Indicate if Temporary Repairs - Fire word track was read: No
Indicate if applicable deductible(s) were read: Yes
(Water Shut Off) To protect your property from further damage, turn off the water at the shut-off valve nearest the source of the leak: No
(Carpet) We suggest that you or a contractor extract the water from the carpet and remove the water-damaged pad: No
(Appliances) If safe to do so, unplug and remove all appliances in affected rooms: No
(Protect Furniture) If possible, move furniture and other personal property out of the affected rooms or place aluminum foil under legs of furniture that cannot be removed to prevent stains on the flooring. Pull draperies up and away from wet areas: No
Indicate if Temporary Repairs - Water Removal & Restoration word track was read: No
Indicate if Temporary Repairs - Hail word track was read: No
Indicate if Temporary Repairs - Wind was read: Yes
Indicate if Temporary Repairs - Wind & Hail was read: No

11-24-2020 - 11:48 AM CST          Performer: System - Claim File                    Office: System
    System Generated File Note: Preliminary Information
    Participant:                                                   COL / Line (Participant):
        Category: New Claim
Indicate if damage to any houses, structures, or buildings: Yes
Were any of your personal or business items damaged? No
Was this incident reported to the police? No

11-24-2020 - 11:48 AM CST          Performer: System - Claim File                    Office: System
    System Generated File Note: Loss Details
    Participant:                                                   COL / Line (Participant):
        Category: New Claim
Reported by: Insured
Person who reported the claim: DONALD LEJEUNE
Indicate if warm transferred from agent's office: No
Indicate the kind(s) of loss being reported: Wind
Indicate, Is this a first-party injury claim? (injury to insured) Is this a first-party property claim? (damage to the insured's owned and insured property) Is this a third-party injury claim? (alleged injury to another person) Is this a third-party property claim? (alleged damage to another person's property): First party property
Indicate if a Weather/Catastrophe loss? Yes
Indicate if the caller is filing this loss for record only: No
Indicate if caller is requesting a Record Only letter to provide to a government agency: No
Mark all applicable coverage(s) and deductible(s) read: [    Policy Deductible Per Occurrence $3845]
Loss Location Category: Listed Property

11-24-2020 - 11:48 AM CST          Performer: System - Claim File                    Office: System
    System Generated File Note: Policy Details
    Participant:                                                   COL / Line (Participant):
        Category: New Claim

| FIRE | Claim Number: 36-13Z0-28D | RBZ00015 |
|---|---|---|
| Policyholder Address: 327 NW 12TH AVE, NORMAN, OK, 730728804, UNITED STATES <br> Policyholder Type: Individual <br> Product Line: F <br> Policy Number: 36-EQ-6085-7 <br> Effective Date: 11/24/2020 <br> Expiration Date: 02/28/2021 <br> State and State Code: OK; 36 <br> Indicate if Excess and Surplus: No <br> Excess and Surplus State: <br> Excess and Surplus Policy: | | |

**File History - Tasks**

