**From:**"Don" <don_lejeune@yahoo.com>
**Sent:**Thu, 14 Jan 2021 16:51:34 -0600
**To:**"StateFarm Claims" <statefarmfireclaims@statefarm.com>
**Subject:**[EXTERNAL] 36-13Z0-28D attn Matt Ramos

Matt this is the email I spoke to you about.

Sent from my iPhone

Begin forwarded message:

> **From:** Don <don_lejeune@yahoo.com>
> **Date:** January 12, 2021 at 2:58:50 PM CST
> **To:** tabatha.wilson02@gmail.com
> **Subject: 327 NW 12th Ave, Norman**
>
>
> This is the email from Jonathan.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Jonathan Marks <jonathan@aegisroofingok.com>
> > **Date:** January 12, 2021 at 12:58:41 PM CST
> > **To:** don_lejeune@yahoo.com
> > **Subject: 327 NW 12th Ave, Norman**
> >
> >
> > Don,
> >
> > I inspected your roof yesterday. I walked on the entire roof and took
> > photos. You have a great deal of granular loss on your roof. Extensive
> > granular loss on roofs can make it much more difficult to determine if
> > there is any impact damage on your roof. Granular loss is an expected
> > roof condition that occurs over time due to the pounding of wind, hail,
> > rain
> > and sun. Some shingles are more prone to granular loss than others.
> > I inspected specifically to see if you had any hail impact marks (bruises)
> > that could be pulled out of all the granular loss because that is what your
> > insurance company will need to see to document and justify if any
> > repairs or
> > replacement decisions are made. It was a challenge but as you can see
> > in my
> > photos, I saw what appears to be impact damage to your roof. I have



other
photos as well but the ones attached show what I was trying to find.  I
looked at the old gutter you had in the back yard as well.  I noted a
number
of dents in that gutter which could presumably be from hail.

I can't tell you when these impacts occurred on your roof.  I can only
say I
believe you do have impact damage.  I might also mention that
excessive
shingle granule loss caused by any one storm event can reduce the life
expectancy of your roof as well.  I'm not saying that happened here and
there is no way we can tell that at this point, but it does occasionally
occur.  Storms where it hails for a long period of time can have a
sand-blasting effect and cause the heavy granule loss.

In conclusion, your insurance company will still need to decide whether
they
believe you have hail impact damage and when they believe it occurred
to
consider repair or replacement of your roof.  Let me know if you have
any
questions.

Jonathan Marks
Aegis Roofing & Construction
405-285-0123
☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒

☒ ☒ ☒

SFF&CC/Lejeune 00384



SFF&CC/Lejeune 00385

SFPC C.J Lejeune 003x6

SHE&CC Lejeune 0087



SFF & CC/LeJeune 00388



SFF&CC/Lejeune 00389

SEE&CC/Lejeune 00390



SFF&CC/Lejeune 00391



SFF&CC/Lejeune 00392



SFF&CC/Lejeune 00393



SFF&CC/Lejeune 00394



SFF&CC/Lejeune 00395

SFF&CC/Lejeune 00396



SFF&CC/Lejeune 00397



SFF&CC/Lejeune 00398



SFF&CC/Lejeune 00399