

**Stephanie Lee &lt;stephanie@coppermark.claims&gt;**

## 36-13Z0-28D
1 message

**Stephanie Lee** &lt;stephanie@coppermark.claims&gt;                                            Thu, Jul 22, 2021 at 4:35 PM
To: HOME CLMS-FIRECLAIMS &lt;statefarmfireclaims@statefarm.com&gt;
Cc: Lauren Rodriguez &lt;lauren@coppermark.claims&gt;

Please see attached.

Respectfully,

**Stephanie Lee, AIC, SPPA, CPAU, CPLA, CPLU**
Public Adjuster/Appraiser/Umpire
Coppermark Public Adjusters
855-45-CLAIM x. 701

  



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

📎 **3 - Authorization - signed.pdf**
236K



EXHIBIT
**8**

SUB-Coppermark_000737



| | | |
|---|---|---|
| **Coppermark Public Adjusters**<br>609 S. Kelly Ave., Ste. F-3<br>Edmond, Oklahoma 73003<br>855-45-CLAIM<br>Lic. #3000193036 | Greg Cannon<br>Lic. #300189759<br><br>Lauren Rodriguez<br>Lic. #3000855055 | Stephanie Lee<br>Lic. #40155028 |

## AUTHORIZATION OF REPRESENTATION

To Insurer: __State Farm Insurance__

**YOU ARE HEREBY NOTIFIED** pursuant 36 O.S. § 1250, this is a written request from the policyholder.

**YOU ARE HEREBY NOTIFIED** that I, __Donald Lejeune__, have retained Coppermark Consulting Corps, LLC and its Public Adjusters (collectively "Coppermark") to represent my interests by assisting me in the preparation, presentation and settlement of the following claim (the "Claim"):

Policy #: __6EQ60857__          Claim #: __3612Z028D__

**YOU ARE HEREBY DIRECTED** to make *all* communications regarding the Claim to the address stated below and I will consider non-compliance as acting in bad faith on your part:

> Coppermark Public Adjusters
> 609 S. Kelly Ave., Ste. F-3
> Edmond, Oklahoma 73003
> 855-45-CLAIM
> claims@coppermark.claims

**YOU ARE HEREBY DIRECTED** that, pursuant to 36 O.S. 6223, you shall make all monies owed to me under the Claim payable *jointly* to me and Coppermark Public Adjusters and sent directly to Coppermark Public Adjusters.

**YOU ARE HEREBY DIRECTED** to send the following documents to Coppermark:
1. A certified copy of the insurance policy, including declaration page and any applicable exclusions, endorsements, etc. in effect on the date of discovery of the loss;
2. The most recent underwriting report and the type and limits of coverages afforded by the policy;
3. All additional or supplemental documentation or information that has already been discovered, and any that may be discovered in the future relating to this request including all insurance adjusters' reports, forms of proof of loss, claim diary notes, and all drafts of scopes of loss, as well as any current or future engineering reports and any other third-party reports obtained by the insurance company.

**YOU ARE HEREBY NOTIFIED** of my intent to collect full replacement cost benefits.

| Donald J LeJeune Jr | *[signature]* Donald LeJeune Jr (Jul 20, 2021 09:0? CDT)   Jul 20, 2021 |
|---|---|
| Insured | Signature                                                  Date |

| Stephanie Lee | *[signature]*                                              07/14/2021 |
|---|---|
| Coppermark Public Adjusters | Signature                                                  Date |

SUB-Coppermark_000738