*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 State Farm®

August 7, 2021

Coppermark Public Adjuster
609 S Kelly Ave Ste F3
Edmond OK 73003-7501

State Farm Claims
PO Box 106169
Atlanta GA 30348-6169

RE:  Claim Number:    36-13Z0-28D
     Date of Loss:    August 31, 2020
     Our Insured:     Donald Lejeune
     Policy Number:   36EQ60857

To Whom It May Concern:

If you have questions or need assistance, call us at (844) 458-4300 Ext. 66.

Sincerely,


Roshanda D Pineset
External Claim Resource - lrs
(844) 458-4300 Ext. 66
Fax: (844) 236-3646


State Farm Fire and Casualty Company

Enclosure(s):  Policy


EXHIBIT 10

SFF&CC/Lejeune 00315