# SWORN STATEMENT IN PROOF OF LOSS

02/28/2020 to 02282021
POLICY TERM

36-EQ-6085-7
POLICY NO.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD AN INSURANCE COMPANY OR OTHER PERSON FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

TO: State Farm

At the time of Loss, by above indicated policy of insurance, you insured the interest of:
Donald LeJeune ; 327 NW 12th Ave., Norman, OK 73072

Against the loss by __Storm Damage__ damage to the property described according to the terms and conditions of said policy and all forms, endorsements, transfers, and assignments attached thereto.

1. **Time and Origin:** A __Storm Damage__ loss occurred on or about the __31st__ day of __August__, 20 __20__
   __Storm Damage__ damage on or about __08 / 31 / 2020__

2. **Occupancy:** The Premises described, or contacting the property described, was occupied at the time of the loss as follows, and for no other purpose whatsoever:
   Occupied by the Policyholder

3. **Title and Interest:** At the time of the loss, the interest of your insured in the property described therein was:
   None

   No other Person or persons had any interest therein or incumbrance thereon, except:
   None

4. **Changes:** Since the said policy was issued there had been no assignment thereof, or change of interest, use, occupancy, possession, location, or exposure of the property described except:
   NONE

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of loss $ 422,950.00 as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance written or oral, valid or invalid.

6. THE FULL COST OF REPAIR or REPLACEMENT is .................................................. $ 68,604.34
7. Applicable DEPRECIATION or BETTERMENT is.................................................... $ 0.00
8. ACTUAL CASH VALUE LOSS is................................................................. $ 68,604.34
9. LESS DEDUCTIBLES and/or participation by the insurance..................................... $ 3,845.00
10. ACTUAL CASH VALUE CLAIM is................................................................ $ 64,759.34

The said loss did not originate by any act, design, or procurement on the part of your insured, or this affiant; nothing has been done by or with privity or consent of your insured this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as where destroyed or damaged at the time if said loss; no property saved has in any manner been concealed and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The insured(s) reserves all rights he/she/they may have under the insurance policy, including, but not limited to, supplementing the claim and/or filing additional Proof of Loss should such case arise. This Proof of loss does not address hidden damages and does include any unknown damages or complications or additional cost they may be associated with any repair/replacement of the damages to the insured property. If this Proof of Loss does not meet the requirements of the Policy, you are instructed to respond within fifteen (15) days from the receipt of the same or any deficiencies will be considered waived.

State of __Oklahoma__

County of __Oklahoma__

*Donald LeJeune (Sep 8, 2021 13:24 CDT)*
Insured

Insured

Subscribed and sworn before me this __9th__ day of __September__, 20 __21__.

Notary Public
Commission # __08001374__
My Commission Expires __01/29/2024__

**EXHIBIT 11**

SFF&CC/Lejeune 00496

# Proof of Loss- Needs signature

Final Audit Report                                       2021-09-09

| | |
|---|---|
| Created: | 2021-09-08 |
| By: | Lauren Rodriguez (lauren@coppermark.claims) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYgsuwC65cVA9a3ePMdA72Ypa_yWzl09Q |

## "Proof of Loss- Needs signature" History

- Document created by Lauren Rodriguez (lauren@coppermark.claims)
  2021-09-08 - 11:02:01 PM GMT- IP address: 107.77.200.184

- Document emailed to Donald LeJeune (don_lejeune@yahoo.com) for signature
  2021-09-08 - 11:05:48 PM GMT

- Email viewed by Donald LeJeune (don_lejeune@yahoo.com)
  2021-09-09 - 0:23:13 AM GMT- IP address: 164.90.40.162

- Document e-signed by Donald LeJeune (don_lejeune@yahoo.com)
  Signature Date: 2021-09-09 - 0:24:42 AM GMT - Time Source: server- IP address: 164.90.40.162

- Document emailed to Stephanie Lee (stephanie@coppermark.claims) for signature
  2021-09-09 - 0:24:44 AM GMT

- Email viewed by Stephanie Lee (stephanie@coppermark.claims)
  2021-09-09 - 1:19:44 PM GMT- IP address: 66.249.80.185

- Document e-signed by Stephanie Lee (stephanie@coppermark.claims)
  Signature Date: 2021-09-09 - 1:20:31 PM GMT - Time Source: server- IP address: 68.97.129.135

- Agreement completed.
  2021-09-09 - 1:20:31 PM GMT



# TABLE OF CONTENTS

## SECTION 1

**COPPERMARK SCOPE OF WORK REPORT**

## SECTION 2

**EXHIBIT 1**
1A - INDUSTRY STANDARDS
1B - LEXOLOGY ARTICLE
1C - C3 LABOR RATE ARTICLE
1D - OKLAHOMA TITLE 59 WORKERS COMPENSATION INSURANCE COVERAGE
1E - DESCRIPTION OF WORKERS COMPENSATION CLASS 5551

**EXHIBIT 2**
2A - TITLE 748
2B - OKLAHOMA INSURANCE DEPARTMENT BULLETIN PC-2016-02
2C - MERLIN ARTICLE "WHAT CONSTITUTES ENFORCEMENT OF A BUILDING ORDINANCE OR LAW?"
2D - BUILDING CODES - INTERNATIONAL RESIDENTIAL CODE 2015
2E - GAF INSTALLATION INSTRUCTIONS

**EXHIBIT 3**
3A - CONTRACTOR'S OVERHEAD AND PROFIT MAJORITY VIEW
3B - MERLIN ARTICLE "WHEN IS A POLICYHOLDER ENTITLED TO OVERHEAD AND PROFIT?"
3C - FARMER'S OVERHEAD AND PROFIT
3D - XACTIMATE OVERHEAD AND PROFIT
3E – ADJUSTING TODAY ARTICLE ON OVERHEAD AND PROFIT

**EXHIBIT 4**
4A – OSHA 10 CERTIFICATION CARDS
4B – OSHA INSTRUCTION COMPLIANCE GUIDANCE FOR RESIDENTIAL CONSTRUCTION
4C – OSHA 1926.501 DUTY TO HAVE FALL PROTECTION
4D – OSHA 1926.502 FALL PROTECTION SYSTEMS CRITERIA AND PRACTICES
4E – OSHA 1926.25 HOUSEKEEPING
4F – OSHA FACT SHEET FALL PROTECTION IN RESIDENTIAL CONSTRUCTION
4G – OSHA FACT SHEET REDUCING FALLS DURING RESIDENTIAL CONSTRUCTION: RE-ROOFING

4H – OSHA REGIONAL NEWS RELEASE
4I – OSHA vs. Construction Regulation

**EXHIBIT 5**
5A – PROPER INSTALLATION OF ROOF SHEATHING
5B – Necessary Components Making Up a Roof Are Not Separate
5C – GAF DO NOT MIX
5D – THE SALE OF ILLUSORY COVERAGE
5E – Assessing Wind Damage To Asphalt Roof Shingles
5F – DONAN SELF-SEALING ASPHALT SHINGLES – TECHNICAL BULLETIN 3.0
5G – MASTERING ROOF INSPECTIONS: WIND DAMAGE
5H – REPLACEMENT GUIDELINES TO ASSESS HAIL DAMAGE TO SHINGLE ROOFS
5I – DETERMINING THE REPAIRABILITY OF ASPHALT-COMPOSITION ROOFS



## Coppermark Public Adjusters

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

| | | | |
|---|---|---|---|
| Insured: | Don Lejeune | Home: | (405) 249-5281 |
| Property: | 324 NW 12th Avenue | E-mail: | don_lejeune@yahoo.com |
| | Norman, OK 73072 | | |

| | | | |
|---|---|---|---|
| Estimator: | Lauren Rodriguez | Business: | (855) 452-5246 x 709 |
| Company: | Coppermark Public Adjusters | E-mail: | Lauren@Coppermark.claims |
| Business: | 609 S. Kelly Avenue, Suite F-3 | | |
| | Edmond, OK 73003 | | |

**Claim Number:**            **Policy Number:**            **Type of Loss:** Storm Damage

Date of Loss:                         Date Received:
Date Inspected:                      Date Entered:

Price List:   OKOC8X_SEP21
             Restoration/Service/Remodel
Estimate:    LEJEUNE-DON

Are there any specific line items in this report that are excluded by the insurance policy without conflicting with the statewide minimum standards for residential construction pursuant to 59 O.S. § 1000.23 and OAC 748:20-5-11.1, or conflicting with ODI BULLETIN NO. PC 2016-02 in which Insurance Commissioner John Doak advises that, "you shall consider all building codes as being strictly enforced"? Please notify us IN WRITING within 10 days of which line items are excluded by the insurance policy, and be explicit in explaining how you drew your conclusions. Otherwise we will be expecting payment for the full amount of this scope report to be issued.

Please also be aware that the policy holder has indicated that they will be using a General Contractor to complete their repairs. The standard business model of a General Construction firm is to subcontract all specialty, licensed, and/or hazardous trades to specialized tradesmen. Therefore, we will not accept the manipulated default demolition general labor (DMO) in the "unit price" of the Xactimate removal line items on any specialty, licensed, or hazardous trades. All removal lines "unit price" are attributed to their appropriate specialty, licensed, and/or hazardous trade. This is required to appropriately represent the true premium costs of state required workman's comp. insurance and General Liability insurance for these trades, which are much higher for these trades than for general labor. Please consider this as notice that the policy holder has every intention of completing the necessary repairs and collecting all withheld funds and depreciation to become fully indemnified.

Please keep in mind that further supplementation of this claim may be required as the adjustment and construction processes continue.



# Coppermark Public Adjusters

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

## LEJEUNE-DON

**LEJEUNE-DON**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

*All dwelling roof measurements are based on RoofScope Report for 327 NW 12th Ave, Norman, OK 73072.*

*All dwelling brick measurements are based on RoofScope Report for 327 NW 12th Ave, Norman, OK 73072.*

*On July 15, 2015, Oklahoma adopted The International Residential Code (2015) and that code is in effect throughout the State of Oklahoma. Pursuant to 59 O.S. § 1000.23 and OAC 748:20-5-11.1, the International Residential Code 2015 constitutes the statewide minimum standards for residential construction.*

*Building Code R102.1 states where there is a conflict between a general requirement and a specific requirement, the specific requirement shall be applicable. Where, in any specific case, different sections of this code specify different materials, methods of construction or other requirements, the most restrictive shall govern.*

| Total: LEJEUNE-DON | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

## DWELLING

### Temporary Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Tarp - all-purpose poly - per sq ft (labor and material) | 40.00 SF | 0.92 | 1.05 | 17.03 | 54.88 | (0.00) | 54.88 |

*Labor and material for a roofing subcontractor to install the necessary roof tarps.*

| Totals: Temporary Repairs | | | 1.05 | 17.03 | 54.88 | 0.00 | 54.88 |
|---|---|---|---|---|---|---|---|

### Roof

**Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2. Remove Laminated - comp. shingle rfg. - w/ felt | 47.71 SQ | 124.98 | 0.00 | 2,683.26 | 8,646.06 | (0.00) | 8,646.06 |

*Building code R908.3 states that roof replacement shall include the removal of existing layers of roof coverings down to the deck. Includes: Dump fees, hauling, disposal, and labor for a roofing subcontractor to remove the composition shingles and felt.*

| 3. Laminated - comp. shingle rfg. - w/out felt | 55.00 SQ | 211.59 | 507.19 | 5,465.09 | 17,609.73 | (0.00) | 17,609.73 |

*Labor and material for a roofing subcontractor to replace the composition shingles. Includes a standard 15% cutting loss factor for a hip roof. Building code R904.2 states that roof assemblies shall be of materials that are compatible with each other and with the building or structure to which the materials are applied. Building code R904.4 also states that roof covering materials shall be delivered in packages bearing the manufacturer's identifying marks and approved testing agency labels required. This line item DOES NOT include a STARTER COURSE or HIP/RIDGE SHINGLES. It is clear in Xactimate's item description pane for this line item, that it is designed for field shingles only. This line item does include a sufficient waste factor to account for the cutting loss that would be expected for a roof of this complexity.*

*Xactimate defines waste as "Material that must be purchased but cannot be used. WASTE can result from trimming, rejection because of defect or other efforts to maintain acceptable quality of the structural part containing that material", and then goes on to say "a percent of WASTE should be included in virtually all material calculations."*

| 4. Remove Valley metal | 83.08 LF | 1.43 | 0.00 | 53.46 | 172.26 | (0.00) | 172.26 |



**Coppermark Public Adjusters**

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

### CONTINUED - Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Labor for a roofing subcontractor to remove the existing valley metal, discard in a job-site waste receptacle. The removal action of this line is not included with the removal of the field shingles in Xactimate.* | | | | | | | |
| 5. Ice & water shield* | 1,791.33 SF | 1.38 | 59.56 | 1,139.22 | 3,670.82 | (0.00) | 3,670.82 |
| *Labor and material for a roofing subcontractor to install the code mandated ice barrier. Required by Building Code R905.1.2, code states that an ice barrier will be installed in areas where there has been a history of ice forming along the eaves and valleys causing a backup of water as designated in Table R301.2(1). Ice barrier will extend from the lowest edges of all roof surfaces to a point not less than 24 inches inside the exterior wall line of the building. (note: must account for at least 7" between outside and inside surfaces of exterior wall and 6" overlap between courses of ice/water) The calculation of the felt line item will reflect a reduction to account for the square footage of the installed ice and water shield.* | | | | | | | |
| 6. Roofing felt - 30 lb. | 36.96 SQ | 35.72 | 43.40 | 613.62 | 1,977.23 | (0.00) | 1,977.23 |
| *Labor and material for a roofing subcontractor to replace the underlayment to code on a steep slope. OSHA/access issue https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_id=10757&p_table=STANDARDS 1926.501(a)(2): "The employer shall determine if the walking/working surfaces on which its employees are to work have the strength and structural integrity to support employees safely. Employees shall be allowed to work on those surfaces only when the surfaces have the requisite strength and structural integrity." Additionally, building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. Instructions state that for slopes 4/12 or greater, successive sheets will be overlapped by 2 inches and end laps and offset end laps a minimum of 6 inches. A double layer is to be applied at all valleys, hips and ridges. This line item does include a sufficient waste factor (15%) to account for the cutting loss and required overlapping that would be expected for a roof of this complexity.* | | | | | | | |
| 7. Asphalt starter - universal starter course | 480.00 LF | 1.72 | 20.58 | 380.78 | 1,226.96 | (0.00) | 1,226.96 |
| *Labor and material for a roofing subcontractor to install the code mandated starter course for a laminated field shingle. The starter course comes in 120 LF bundles and is not included in the field shingle line item. Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions say that a true starter strip needs to be installed on the eaves and the rakes. Under no circumstances can cut-up laminated shingles be used. Building code R904.4 also states that roof covering materials shall be delivered in packages bearing the manufacturer's identifying marks and approved testing agency labels required.* | | | | | | | |
| 8. Install Gable cornice strip - laminated | 17.08 LF | 6.24 | 0.00 | 47.96 | 154.54 | (0.00) | 154.54 |
| *Additional labor for a roofing subcontractor to install the shingles and felt on the gable cornice strip.* | | | | | | | |
| 9. Drip edge | 477.14 LF | 2.43 | 42.58 | 540.92 | 1,742.95 | (0.00) | 1,742.95 |
| *Labor and material for a roofing subcontractor to install the code mandated drip edge. A 5% required overlapping factor has been added. Building code R703.4 states that flashing shall be provided continuously above all projecting wood trim. Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions state that drip edge will be provided on the eaves and rakes of shingled roofs.* | | | | | | | |
| 10. Ridge cap - Standard profile - composition shingles | 224.00 LF | 5.07 | 48.61 | 532.93 | 1,717.22 | (0.00) | 1,717.22 |
| *Labor and material for a roofing subcontractor to install the code mandated ridge cap for a laminated field shingle. Ridge cap is rounded up to account for 28 LF bundles and is not included in the field shingle line item. Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions say that Ridge Cap shingles need to be installed (NOT CUT 3-TAB SHINGLES). In addition, under no circumstances can cut-up laminated shingles be used. Building code R904.4 also states that roof covering materials shall be delivered in packages bearing the manufacturer's identifying marks and approved testing agency labels required.* | | | | | | | |
| 11. Hip/Ridge flashing* | 145.50 LF | 6.62 | 35.65 | 449.49 | 1,448.34 | (0.00) | 1,448.34 |
| *Labor and material for a roofing subcontractor to install the code mandated flashing. Code R903.2.1 states that flashings will be installed when there is a change in roof slope or direction.* | | | | | | | |
| 12. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 47.71 SQ | 34.10 | 0.00 | 732.11 | 2,359.02 | (0.00) | 2,359.02 |
| *Labor for a roofing subcontractor to remove the shingles and felt on a steep roof.* | | | | | | | |
| 13. Additional charge for steep roof - 7/12 to 9/12 slope | 57.25 SQ | 39.27 | 0.00 | 1,011.69 | 3,259.90 | (0.00) | 3,259.90 |



**Coppermark Public Adjusters**

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

### CONTINUED - Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Additional charge for lost labor productivity on a steep roof and additional safety precautions due to increased danger. The quantity of this line item reflects a waste factor (20%) that includes cutting loss for the field shingles, as well as the starter course and hip/ridge shingles. That is because Xactimate does not have a steep charge line item for starter course and hip/ridge shingles.* | | | | | | | |
| 14. Remove Additional charge for high roof (2 stories or greater) | 1.49 SQ | 12.89 | 0.00 | 8.64 | 27.85 | (0.00) | 27.85 |
| *Labor for a roofing subcontractor to remove the shingles and felt on a high roof.* | | | | | | | |
| 15. Additional charge for high roof (2 stories or greater) | 1.79 SQ | 17.34 | 0.00 | 13.97 | 45.01 | (0.00) | 45.01 |
| *Additional labor charge for lost productivity on a high roof (2 stories or greater), due to accessibility, and extra safety precautions due to increased danger. The quantity of this line item reflects a waste factor (20%) that includes cutting loss for the field shingles, as well as, the starter course and hip/ridge shingles. That is because Xactimate does not have a high roof charge line item for starter course and hip/ridge shingles.* | | | | | | | |
| 16. Flashing - pipe jack | 4.00 EA | 41.92 | 4.85 | 77.64 | 250.18 | (0.00) | 250.18 |
| *Labor and material for a roofing subcontractor to replace the existing pipe jack flashing. Pipe jack flashings are required by Building Code R903.2. Code states that flashings shall be installed around penetrations through the roof plane. Building code R908.5 also prohibits the reinstallation of these flashings when rusted, damaged or deteriorated. The dictionary's definition of damage is: physical harm caused to something in such a way as to impair its value, usefulness, or normal function. The function of flashing is to prevent water from entering through penetrations in the roof plane. The very act of installing the flashing damages it, and therefore, is not allowable for reinstallation. For example, flashings previously installed will have nail holes in them compromising their functionality.* | | | | | | | |
| 17. Prime & paint roof jack | 4.00 EA | 51.16 | 2.19 | 93.07 | 299.90 | (0.00) | 299.90 |
| *Labor and material for a roofing subcontractor to prime and then paint the replacement pipe jack flashings. Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions say that all exposed metal surfaces should be painted.* | | | | | | | |
| 18. Step flashing | 122.58 LF | 8.64 | 16.52 | 484.02 | 1,559.63 | (0.00) | 1,559.63 |
| *Labor and material for a roofing subcontractor to install the code mandated roof to wall step flashing. Step flashing is required by Building Code R703.4(6). Code states that flashings shall be installed at wall and roof intersections. Code R903.2.1 also states that flashings shall be installed at wall and roof intersections or where ever there is a change in roof slope or direction.* | | | | | | | |
| 19. Flashing - L flashing - color finish | 28.08 LF | 4.12 | 4.59 | 54.13 | 174.41 | (0.00) | 174.41 |
| *Labor and material for a roofing subcontractor to install the code mandated roof to wall linear flashing. Linear flashing is required by Building Code R703.4(6). Code states that flashings shall be installed at wall and roof intersections. Code R903.2.1 also states that flashings shall be installed at wall and roof intersections or where ever there is a change in roof slope or direction. Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions say that all exposed metal surfaces should be painted.* | | | | | | | |
| 20. Wall Leak Barrier* | 150.66 SF | 1.38 | 5.01 | 95.81 | 308.73 | (0.00) | 308.73 |
| *Labor and material for a roofing subcontractor to install the code mandated roof to wall leak barrier. Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. Manufacturers instructions state a leak barrier is to be installed up the wall at least 5 inches.* | | | | | | | |
| 21. Continuous ridge vent - shingle-over style | 65.00 LF | 8.18 | 19.91 | 248.22 | 799.83 | (0.00) | 799.83 |
| *Labor and material for a roofing subcontractor to replace the existing ridge vent. The calculation of the hip/ridge flashing line item will reflect a reduction to account for the linear footage of the installed ridge vent.* | | | | | | | |
| **Total: Roof** | | | **810.64** | **14,726.05** | **47,450.59** | **0.00** | **47,450.59** |

**Carpentry**



**Coppermark Public Adjusters**

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

*The current condition and thickness of the existing decking has not been determined at this time and will have to be inspected prior to the replacement of the roofing system. If needed a 5% waste factor for OSB will be added and then rounded up to account for 32 SF sheets. Code R905.2.1 states that shingles shall be fastened to solidly sheathed decks, as defined in codes R905.1 and Table R803.1. Code R908.2 also states that the structural roof components shall be capable of supporting the roof covering system and the material and equipment loads that will be encountered during the installation of the roof covering system. Also, building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions state that wood decks must be well-seasoned and supported having adequate nail-holding capacity and a smooth, dry surface.*

| 22. Roofer - per hour | 6.00 HR | 110.57 | 0.00 | 298.54 | 961.96 | (0.00) | 961.96 |

*Additional roofing labor hours required to prep the deck after the field shingles are taken off in order to achieve the required "smooth surface" as described in the manufactures instructions. There will be nails left in the deck that will need to be address prior to the replacement of the new roofing system. Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions say that the roof deck must have a smooth surface.*

| Totals: Carpentry | | | 0.00 | 298.54 | 961.96 | 0.00 | 961.96 |

### Heat, Vent, & Cool

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

*State law requires a licensed HVAC contractor, or someone working under a licensed contractor, to perform any maintenance on an HVAC system. It is a class B misdemeanor for anyone else to remove and replace or do repairs on any part of these systems.*

*This action will have to be coordinated with the roofing subcontractors.*

| 23. Material Only Furnace vent - rain cap and storm collar, 6" | 1.00 EA | 26.22 | 2.29 | 12.83 | 41.35 | (0.00) | 41.35 |

*Material to replace the rain cap and storm collar. The rain cap and storm collar will have to be removed and then replaced in order to facilitate the proper removal and replacement of the base flashing.*

| 24. Material Only Flashing - HVAC pipe - 6"* | 1.00 EA | 30.26 | 2.65 | 14.81 | 47.72 | (0.00) | 47.72 |

*Material to replace the HVAC pipe base flashing. Pipe base flashings are required by Building Code R903.2. Code states that flashings shall be installed around penetrations through the roof plane. Building code R908.5 also prohibits the reinstallation of these flashings when rusted, damaged or deteriorated. The dictionary's definition of damage is: physical harm caused to something in such a way as to impair its value, usefulness, or normal function. The function of flashing is to prevent water from entering through penetrations in the roof plane. The very act of installing the flashing damages it, and therefore, is not allowable for reinstallation. For example, flashings previously installed will have nail holes in them compromising their functionality.*

| 25. Heat, Vent, & Air Conditioning - Labor Minimum | 1.00 EA | 275.13 | 0.00 | 123.81 | 398.94 | (0.00) | 398.94 |

*Minimum labor required for an HVAC technician to remove the rain cap, storm collar and flashings, discard in a job-site waste receptacle and replace with new. The removal action of this line is not included with the removal of the field shingles in Xactimate.*

| 26. Prime & paint roof vent | 1.00 EA | 51.16 | 0.55 | 23.27 | 74.98 | (0.00) | 74.98 |

*Labor and material for a roofing subcontractor to prime and then paint the replacement pipe base flashings. Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions say that all exposed metal surfaces should be painted.*

| Totals: Heat, Vent, & Cool | | | 5.49 | 174.72 | 562.98 | 0.00 | 562.98 |
| Total: Roof | | | 816.13 | 15,199.30 | 48,975.53 | 0.00 | 48,975.53 |



**Coppermark Public Adjusters**

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

## Exterior

### Guttering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27. R&R Gutter / downspout - aluminum - up to 5" | 10.00 LF | 9.26 | 3.25 | 43.13 | 138.98 | (0.00) | 138.98 |
| Labor and material for a guttering subcontractor to remove the guttering, discard in a job-site waste receptacle and replace with new. | | | | | | | |
| 28. Gutter / downspout - Detach & reset | 257.00 LF | 5.12 | 0.00 | 592.13 | 1,907.97 | (0.00) | 1,907.97 |
| Labor for a guttering subcontractor to detach and then reset the guttering in order to facilitate the proper installation of the code mandated drip edge and ice barrier. Multiple trips are required. | | | | | | | |
| **Totals: Guttering** | | | 3.25 | 635.26 | 2,046.95 | 0.00 | 2,046.95 |

### Siding

#### Siding

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29. Siding - Labor Minimum | 1.00 EA | 316.96 | 0.00 | 142.63 | 459.59 | (0.00) | 459.59 |
| Minimum labor to manipulate the siding as needed in order to facilitate the proper installation of the code mandated flashing and leak barrier. | | | | | | | |
| **Total: Siding** | | | 0.00 | 142.63 | 459.59 | 0.00 | 459.59 |

#### Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 30. Painter - per hour | 5.00 HR | 62.01 | 0.00 | 139.52 | 449.57 | (0.00) | 449.57 |
| Additional labor and material to clean and repaint the wood siding as needed after manipulation in order to facilitate the installation of the code mandated flashing and leak barrier. | | | | | | | |
| **Totals: Painting** | | | 0.00 | 139.52 | 449.57 | 0.00 | 449.57 |
| **Total: Siding** | | | 0.00 | 282.15 | 909.16 | 0.00 | 909.16 |

#### Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Clean with pressure/chemical spray - Heavy | 1,982.58 SF | 0.74 | 1.74 | 660.98 | 2,129.83 | <0.00> | 2,129.83 |
| Labor and material for a painting subcontractor specializing in brick to clean the brick. Dirt, dust and marring must be removed before fresh paint is applied. | | | | | | | |
| 32. Paint brick | 1,982.58 SF | 0.74 | 43.37 | 679.72 | 2,190.20 | (0.00) | 2,190.20 |
| 33. Clean column - exposed* | 16.00 LF | 2.24 | 0.01 | 16.13 | 51.99 | (0.00) | 51.99 |

LEJEUNE-DON                                    9/8/2021                    Page: 6

SFF&CC/Lejeune 00505

## Coppermark Public Adjusters

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

### CONTINUED - Painting

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Labor and material for a painting subcontractor to clean the columns. Dirt, dust and marring must be removed before fresh stain is applied.* | | | | | | | |
| 34. Stain & finish column | 16.00 LF | 5.69 | 1.05 | 41.44 | 133.53 | (0.00) | 133.53 |
| **Totals: Painting** | | | 46.17 | 1,398.27 | 4,505.54 | 0.00 | 4,505.54 |

### Windows

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 35. Material Only Window screen, 1 - 9 SF | 4.00 EA | 31.35 | 10.97 | 61.37 | 197.74 | (0.00) | 197.74 |
| *Material to replace the damaged window screens.* | | | | | | | |
| 36. Window Repair - Labor Minimum* | 1.00 EA | 183.13 | 0.00 | 82.41 | 265.54 | (0.00) | 265.54 |
| *Minimum labor required for a subcontractor specializing in window repair to remove the window screens, discard in a job-site waste receptacle and replace with new.* | | | | | | | |
| **Totals: Windows** | | | 10.97 | 143.78 | 463.28 | 0.00 | 463.28 |
| **Total: Exterior** | | | 60.39 | 2,459.46 | 7,924.93 | 0.00 | 7,924.93 |
| **Total: DWELLING** | | | 877.57 | 17,675.79 | 56,955.34 | 0.00 | 56,955.34 |

### OTHER STRUCTURES

#### Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 37. Material Only Wood fence slat 5' - 6' high - cedar or equal | 4.00 EA | 4.38 | 1.53 | 8.57 | 27.63 | (0.00) | 27.63 |
| *Material to replace the fence slats.* | | | | | | | |
| 38. Fencing repair - Minimum charge* | 1.00 EA | 195.20 | 0.00 | 87.84 | 283.04 | (0.00) | 283.04 |
| *Minimum labor required for a fencing subcontractor to remove the fence slats, discard in a job-site waste receptacle and replace with new.* | | | | | | | |
| 39. Clean with pressure/chemical spray - Heavy | 4,620.00 SF | 0.57 | 4.04 | 1,186.85 | 3,824.29 | <0.00> | 3,824.29 |
| *Labor and material for a subcontractor specializing in fences to clean the fence from hail debris.* | | | | | | | |
| **Totals: Fencing** | | | 5.58 | 1,283.26 | 4,134.96 | 0.00 | 4,134.96 |
| **Total: OTHER STRUCTURES** | | | 5.58 | 1,283.26 | 4,134.96 | 0.00 | 4,134.96 |



**Coppermark Public Adjusters**

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

## GENERAL

**GENERAL**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *OSHA Safety Compliance is required on ALL construction projects as mandated by Federal Law. Employers engaged in residential construction must comply with 29 CFR 1926.501 (b)(13). Under 29 CFR 1926.501 (b)(13), workers engaged in residential construction six (6) feet or more above lower levels must be protected by conventional fall protection or other fall protection measures allowed elsewhere in 1926.5 (b).* | | | | | | | |
| Total: GENERAL | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Temporary Equipment

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Any additional fees and time required to haul the debris to an approved dumping facility and off load have not been determined at this time. If required, an additional supplement will be submitted.* | | | | | | | |
| 40. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 137.72 | 0.00 | 61.97 | 199.69 | (0.00) | 199.69 |
| *Required for all specified construction debris.* | | | | | | | |
| 41. Scissor lift or equivalent machinery - 20' platform height (per day)* | 3.00 DA | 137.00 | 0.00 | 184.95 | 595.95 | (0.00) | 595.95 |
| *Additional equipment required to safely move material to and from the roofline. OSHA 1926.1053(b)(22) states an employee shall not carry any object or load that could cause the employee to lose balance and fall.* | | | | | | | |
| 42. Scissor lift - pick up/del. (each way)* | 2.00 EA | 99.40 | 0.00 | 89.46 | 288.26 | (0.00) | 288.26 |
| 43. Install Landscape protection - all purpose poly tarp - per sq ft* | 500.00 SF | 0.62 | 0.00 | 139.50 | 449.50 | (0.00) | 449.50 |
| *To temporarily cover and protect the driveway, walkways, rear patio and delicate landscaping. Tarping will be moved from elevation to elevation as needed.* | | | | | | | |
| 44. Temporary toilet - Minimum rental charge | 1.00 EA | 148.17 | 0.00 | 66.68 | 214.85 | (0.00) | 214.85 |
| *Job-site toilets are required by OSHA under regulation: Title 29 CFR 1926.51(c)(1). "Toilets shall be provided for employees according Table D-1": Table D-1 states there must be 1 toilet for 20 or less employees.* | | | | | | | |
| Totals: Temporary Equipment | | | 0.00 | 542.56 | 1,748.25 | 0.00 | 1,748.25 |

### Permits and Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Building Permit* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| *To be determined by the City of Norman, OK.* | | | | | | | |
| 46. Residential Supervision - per hour* | 48.00 HR | 62.97 | 0.00 | 1,360.15 | 4,382.71 | (0.00) | 4,382.71 |



**Coppermark Public Adjusters**

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

### CONTINUED - Permits and Supervision

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

*Project Manager orders materials; schedules material deliveries, confirms that all materials were delivered, schedules sub-contractors, and manages/oversees project with homeowners and all tradesmen. The Project Manager also maintains and oversees OSHA mandated safety compliance and therefore must be present throughout the duration of the job. OSHA regulation Title 29 CFR §1926.502(h)- Safety Monitoring Systems - www.osha.gov/Publications/Const_Res_Man/1926m_interps.html*
 *1926.502(h) "Safety monitoring systems." Safety monitoring systems [See 1926.501(b)(10) and 1926.502(k)] and their use shall comply with the following provisions:*
 *1926.502(h)(1) The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the safety monitor complies with the following requirements:*
 *1926.502(h)(1)(i) The safety monitor shall be competent to recognize fall hazards;*
 *1926.502(h)(1)(ii) The safety monitor shall warn the employee when it appears that the employee is unaware of a fall hazard or is acting in an unsafe manner;*
 *1926.502(h)(1)(iii) The safety monitor shall be on the same walking/working surface and within visual sighting distance of the employee being monitored;*
 *1926.502(h)(1)(iv) The safety monitor shall be close enough to communicate orally with the employee; and*
 *1926.502(h)(1)(v) The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function.*

| Totals: Permits and Supervision | | | 0.00 | 1,360.15 | 4,382.71 | 0.00 | 4,382.71 |
|---|---|---|---|---|---|---|---|

### Job Safety

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. General clean - up | 6.00 HR | 45.03 | 0.01 | 121.58 | 391.77 | (0.00) | 391.77 |

*Clean up of construction debris. The site must be maintained for the general safety of the homeowners and subcontractors on the premises. OSHA 1926.25(a): During the course of construction, alteration, or repairs, form and scrap lumber with protruding nails, and all other debris, shall be kept cleared from work areas, passageways, and stairs, in and around buildings or other structures.*

| 48. Osha Fall Protection | 24.00 HR | 27.50 | 23.67 | 307.65 | 991.32 | (0.00) | 991.32 |
|---|---|---|---|---|---|---|---|

*Additional labor charge for lost productivity due to extra safety precautions to comply with OSHA regulations: Here is a link to the OSHA website: http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=STANDARDS&p_id=10757*
Here is the link to the listing OSHA fines that have been levied against various contractors for not being in compliance: http://ogesdw.dol.gov/
 *1926.501(a)(2) The employer shall determine if the walking/working surfaces on which its employees are to work have the strength and structural integrity to support employees safely. Employees shall be allowed to work on those surfaces only when the surfaces have the requisite strength and structural integrity.*
 *1926.502(a) "General."*
 *1926.502(a)(1) Fall protection systems required by this part shall comply with the applicable provisions of this section.*
 *1926.502(a)(2) shall provide and install all fall protection systems required by this subpart for an employee, and shall comply with all other pertinent requirements of this subpart before that employee begins the work that necessitates the fall protection.*

| Totals: Job Safety | | | 23.67 | 429.23 | 1,383.09 | 0.00 | 1,383.09 |
|---|---|---|---|---|---|---|---|
| Total: GENERAL | | | 23.67 | 2,331.95 | 7,514.05 | 0.00 | 7,514.05 |
| Line Item Totals: LEJEUNE-DON | | | 906.82 | 21,291.00 | 68,604.34 | 0.00 | 68,604.34 |



## Coppermark Public Adjusters

609 S. Kelly Avenue, Ste. F-3
Edmond, OK  73003
855-45-CLAIM (25246)

| Coverage | Item Total | % | ACV Total | % |
|---|---:|---:|---:|---:|
| Dwelling | 64,469.38 | 93.97% | 64,469.38 | 93.97% |
| Other Structures | 4,134.96 | 6.03% | 4,134.96 | 6.03% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Federal and State Requirements | 0.00 | 0.00% | 0.00 | 0.00% |
| Paid When Incurred | 0.00 | 0.00% | 0.00 | 0.00% |
| Paid When Incurred - Paid When Incurred | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 68,604.34 | 100.00% | 68,604.34 | 100.00% |



## Coppermark Public Adjusters

609 S. Kelly Avenue, Ste. F-3
Edmond, OK  73003
855-45-CLAIM (25246)

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 43,560.40 |
| Material Sales Tax | 901.24 |
| Subtotal | 44,461.64 |
| Overhead | 11,115.41 |
| Profit | 8,892.33 |
| **Replacement Cost Value** | **$64,469.38** |
| **Net Claim** | **$64,469.38** |

_____
Lauren Rodriguez

SFF&CC/Lejeune 00510



## Coppermark Public Adjusters

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 2,846.12 |
| Material Sales Tax | 5.58 |
| Subtotal | 2,851.70 |
| Overhead | 712.92 |
| Profit | 570.34 |
| **Replacement Cost Value** | **$4,134.96** |
| **Net Claim** | **$4,134.96** |

Lauren Rodriguez



## Coppermark Public Adjusters

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

### Recap of Taxes, Overhead and Profit

|  | Overhead (25%) | Profit (20%) | Material Sales Tax (8.75%) | Manuf. Home Tax (8.75%) | Storage Rental Tax (8.75%) |
|---|---|---|---|---|---|
| Line Items | 11,828.33 | 9,462.67 | 906.82 | 0.00 | 0.00 |
| **Total** | 11,828.33 | 9,462.67 | 906.82 | 0.00 | 0.00 |



## Coppermark Public Adjusters

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

# Recap by Room

**Estimate: LEJEUNE-DON**

**Area: DWELLING**

| | | | |
|---|---|---|---|
| Temporary Repairs | | 36.80 | 0.08% |
| Coverage: Dwelling | 100.00% = | 36.80 | |

**Area: Roof** — 31,913.90 — 68.77%
  Coverage: Dwelling — 100.00% = — 31,913.90
  Carpentry — 663.42 — 1.43%
  Coverage: Dwelling — 100.00% = — 663.42
  Heat, Vent, & Cool — 382.77 — 0.82%
  Coverage: Dwelling — 100.00% = — 382.77

**Area Subtotal: Roof** — 32,960.09 — 71.02%
  Coverage: Dwelling — 100.00% = — 32,960.09

**Area: Exterior**
  Guttering — 1,408.44 — 3.04%
  Coverage: Dwelling — 100.00% = — 1,408.44

**Area: Siding** — 316.96 — 0.68%
  Coverage: Dwelling — 100.00% = — 316.96
  Painting — 310.05 — 0.67%
  Coverage: Dwelling — 100.00% = — 310.05

**Area Subtotal: Siding** — 627.01 — 1.35%
  Coverage: Dwelling — 100.00% = — 627.01
  Painting — 3,061.10 — 6.60%
  Coverage: Dwelling — 100.00% = — 3,061.10
  Windows — 308.53 — 0.66%
  Coverage: Dwelling — 100.00% = — 308.53

**Area Subtotal: Exterior** — 5,405.08 — 11.65%
  Coverage: Dwelling — 100.00% = — 5,405.08

**Area Subtotal: DWELLING** — 38,401.97 — 82.75%
  Coverage: Dwelling — 100.00% = — 38,401.97

**Area: OTHER STRUCTURES**
  Fencing — 2,846.12 — 6.13%
  Coverage: Other Structures — 100.00% = — 2,846.12

**Area Subtotal: OTHER STRUCTURES** — 2,846.12 — 6.13%

SFF&CC/Lejeune 00513



## Coppermark Public Adjusters

609 S. Kelly Avenue, Ste. F-3
Edmond, OK  73003
855-45-CLAIM (25246)

|  |  |  |  |
|---|---|---|---|
| Coverage: Other Structures | 100.00% = | 2,846.12 |  |
| **Area: GENERAL** |  |  |  |
| **Temporary Equipment** |  | **1,205.69** | **2.60%** |
| Coverage: Dwelling | 100.00% = | 1,205.69 |  |
| **Permits and Supervision** |  | **3,022.56** | **6.51%** |
| Coverage: Dwelling | 100.00% = | 3,022.56 |  |
| **Job Safety** |  | **930.18** | **2.00%** |
| Coverage: Dwelling | 100.00% = | 930.18 |  |
| **Area Subtotal: GENERAL** |  | **5,158.43** | **11.12%** |
| Coverage: Dwelling | 100.00% = | 5,158.43 |  |
| **Subtotal of Areas** |  | **46,406.52** | **100.00%** |
| Coverage: Dwelling | 93.87% = | 43,560.40 |  |
| Coverage: Other Structures | 6.13% = | 2,846.12 |  |
| **Total** |  | **46,406.52** | **100.00%** |



**Coppermark Public Adjusters**

609 S. Kelly Avenue, Ste. F-3
Edmond, OK 73003
855-45-CLAIM (25246)

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---:|---:|
| **CLEANING** | | | 4,406.53 | 6.42% |
| Coverage: Dwelling | @ | 40.24% = | 1,773.13 | |
| Coverage: Other Structures | @ | 59.76% = | 2,633.40 | |
| **CONTENT MANIPULATION** | | | 198.80 | 0.29% |
| Coverage: Dwelling | @ | 100.00% = | 198.80 | |
| **GENERAL DEMOLITION** | | | 7,877.14 | 11.48% |
| Coverage: Dwelling | @ | 100.00% = | 7,877.14 | |
| **HEAVY EQUIPMENT** | | | 411.00 | 0.60% |
| Coverage: Dwelling | @ | 100.00% = | 411.00 | |
| **FENCING** | | | 212.72 | 0.31% |
| Coverage: Other Structures | @ | 100.00% = | 212.72 | |
| **HEAT, VENT & AIR CONDITIONING** | | | 301.35 | 0.44% |
| Coverage: Dwelling | @ | 100.00% = | 301.35 | |
| **LABOR ONLY** | | | 3,022.56 | 4.41% |
| Coverage: Dwelling | @ | 100.00% = | 3,022.56 | |
| **PAINTING** | | | 2,124.00 | 3.10% |
| Coverage: Dwelling | @ | 100.00% = | 2,124.00 | |
| **ROOFING** | | | 25,335.22 | 36.93% |
| Coverage: Dwelling | @ | 100.00% = | 25,335.22 | |
| **SIDING** | | | 316.96 | 0.46% |
| Coverage: Dwelling | @ | 100.00% = | 316.96 | |
| **SOFFIT, FASCIA, & GUTTER** | | | 1,396.74 | 2.04% |
| Coverage: Dwelling | @ | 100.00% = | 1,396.74 | |
| **TEMPORARY REPAIRS** | | | 494.97 | 0.72% |
| Coverage: Dwelling | @ | 100.00% = | 494.97 | |
| **WINDOW REGLAZING & REPAIR** | | | 308.53 | 0.45% |
| Coverage: Dwelling | @ | 100.00% = | 308.53 | |
| **O&P Items Subtotal** | | | 46,406.52 | 67.64% |
| **Material Sales Tax** | | | 906.82 | 1.32% |
| Coverage: Dwelling | @ | 99.38% = | 901.24 | |
| Coverage: Other Structures | @ | 0.62% = | 5.58 | |
| Overhead | | | 11,828.33 | 17.24% |
| Coverage: Dwelling | @ | 93.97% = | 11,115.41 | |
| Coverage: Other Structures | @ | 6.03% = | 712.92 | |
| Profit | | | 9,462.67 | 13.79% |
| Coverage: Dwelling | @ | 93.97% = | 8,892.33 | |
| Coverage: Other Structures | @ | 6.03% = | 570.34 | |
| **Total** | | | 68,604.34 | 100.00% |